# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PATRISHA MILLER,
individually and on behalf of similarly
situated persons,

        Plaintiff,

v.

SERENITY ASSISTED
LIVING, A & M INC.
MARY ABUAITA,
AND JORDAN ABUAITA,

        Defendants.

Case No. 2:23-cv-12251

Hon. Brandy McMillion

_____

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT, ATTORNEYS' FEES AND COSTS (ECF NO. 40) AND DISMISSING CASE

This matter coming before the Court on Plaintiff's Joint Motion for Approval of the FLSA Settlement and for Attorney's Fees and Costs (ECF No. 40); and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Joint Motion for Approval of FLSA Settlement and for Attorneys' Fees and Costs (ECF No. 40) is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. This Order incorporates by reference the definitions in the Final Settlement Agreement and Release (the "Agreement") and all terms defined therein shall have the same meaning in this Order as set forth therein.

2. The Parties' Settlement Agreement is hereby approved as a fair, equitable, and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act ("FLSA").

3. Plaintiff Patrisha Miller is approved as Representative of the FLSA Collective and the proposed service award to Plaintiff Patrisha Miller for her service in pursuing this litigation and in exchange for a general release of claims, is approved.

4. Plaintiff's unopposed request for attorney's fees in the amount of one-third of the Gross Settlement Amount and costs are approved.

5. The Court directs that the settlement funds be distributed in accordance with the terms of the Settlement Agreement, and

   **IT IS FURTHER ORDERED** that this matter in its entirety is **DISMISSED WITH PREJUDICE** and without costs.

   **IT IS FURTHER ORDERED** that the opt-in claims are released and that the Genesee Council on Aging is Appointed as *cy pres* recipient in the event of any uncashed checks as directed in the Settlement Agreement.

3

**THIS IS A FINAL ORDER AND CLOSES THIS CASE.**

**IT IS SO ORDERED.**

Dated: February 10, 2025                    <u>s/Brandy R. McMillion   </u>
                                            Honorable Brandy McMillion
                                            United States District Judge